UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JERRELL P. SQUYRES, | § | |
| | § | |
|   Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:12-CV-2348-B |
| | § | |
| THE HEICO COMPANIES, LLC, | § | |
| S-LINE CORPORATION, LLC, and | § | |
| ANCRA INTERNATIONAL, LLC, | § | |
| | § | |
|   Defendants. | § | |

## ORDER

Before the Court is Defendants' Unopposed Motion for Leave to Modify the Scheduling Order (doc. 79), filed November 4, 2013. Having reviewed the Motion, the Court finds that it should be, and hereby is, **GRANTED**. Accordingly, the Court **ORDERS** that the parties shall be permitted to attend the November 5, 2013 settlement conference via telephone. If that settlement conference proves unsuccessful, the Court further **ORDERS** the parties to conduct an in-person settlement conference prior to the November 15, 2013 pre-trial conference currently scheduled in this case.

SO ORDERED.

SIGNED: November 5, 2013.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE